Steven S. Soliman (285049)
**THE SOLIMAN FIRM**
245 Fischer Avenue, Ste. D-1
Costa Mesa, CA 92626
Telephone: 714-491-4111
Fax: 714-491-4111
ssoliman@thesolimanfirm.com
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS WHEELER,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **SAUL CHEVROLET, INC. d/b/a CARDINALEWAY MAZDA CORONA,** <br><br> Defendant. | **Case No.:** 5:20-cv-01176-JGB (SHKx) <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: February 25, 2021

The Honorable Jesus G. Bernal

ORDER TO DISMISS